FILED IN
COURT OF CRIMINAL APPEALS

January 28, 2015

ABEL ACOSTA, CLERK

PD-0096-15

PD-0096-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/22/2015 3:52:50 PM
Accepted 1/28/2015 10:48:27 AM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS
## OF THE STATE OF TEXAS

PD-_____

| | | |
|---|---|---|
| **MICHAEL JERMAINE WILLIAMS,** | § | |
| *Appellant* | § | On Petition for Review of |
| v. | § | No. 14-13-00527-CR |
| | § | Court of Appeals |
| | § | Fourteenth District of Texas |
| **THE STATE OF TEXAS** | § | |
| *Appellee* | | |

## PETITIONER/APPELLANT'S MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

Petitioner/Appellant Michael Jermaine Williams moves for an extension of time to file his petition for discretionary review, under TEX. R. APP. P. 10.5(b).

### I. LOWER COURT PROCEEDINGS

Judgment in this case was entered on June 7, 2013. The court of appeals affirmed on December 23, 2014. No motion for rehearing was filed.

### II. PROCEEDINGS IN THIS COURT

Mr. Williams's petition is due on January 22, 2014. No previous extensions have been requested.

### III. REASONS FOR REQUEST

The 30 days since the court of appeals' opinion included the Christmas holiday, when counsel was vacationing with her family out of state. Further, since counsel's return, counsel has missed more than a week of work with the flu.

Also in the last 30 days, counsel provided legal research and argument in a murder trial in Harris County District Court. Finally, counsel also has been working to complete a brief in the case of *Reginald Turon Hill v. State*, Cause No. 14-14-00376-CR, which has no further extensions and is past-due.

## III. FILING OF MOTION

In the exercise of due diligence, counsel could not complete Mr. Williams's petition by the deadline. This motion is not filed for purposes of delay, but so justice may be done.

### PRAYER

Mr. Williams respectfully requests that this motion be granted and that the Court permit an extension of time until February 23, 2015, to file his petition for discretionary review.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas

*/s/ Cheri Duncan*

_____
**CHERI DUNCAN**
Assistant Public Defender
Harris County Texas
State Bar No. 06210500
1201 Franklin, 13th Floor

Houston Texas 77002
(713) 368-0016
(713) 368-9278 (Fax)
cheri.duncan@pdo.hctx.net

Attorney for Petitioner/Appellant,
**MICHAEL JERMAINE WILLIAMS**

## CERTIFICATE OF SERVICE

I certify that a copy of Appellant's Motion to Extend Time to File Appellate Brief was served on the State of Texas by electronic delivery to the Appellate Division of the Harris County District Attorney's Office and the State Prosecuting Attorney, on January 22, 2015.

*/s/ Cheri Duncan*

_____

**CHERI DUNCAN**